No. 76–5325.   BROWDER v. DIRECTOR, DEPARTMENT OF COR-
RECTIONS OF ILLINOIS, *ante,* p. 257;

No. 77–26.   CHIN v. UNITED STATES, *ante,* p. 1022;

No. 77–296.   HESTNES v. UNITED STATES, *ante,* p. 1010;

No. 77–5428.   BRUCE v. ESTELLE, CORRECTIONS DIRECTOR,
*ante,* p. 1017;

No. 77–5431.   TYLER v. DYER, CLERK, CIRCUIT COURT OF
PLATTE COUNTY, *ante,* p. 1036;

No. 77–5591.   McCRACKEN v. UNITED STATES, *ante,* p. 1037;

No. 77–5601.   GREENE v. HOGAN, WARDEN, ET AL., *ante,* p.
1018;

No. 77–5626.   DUDEK, AKA LANDERS v. UNITED STATES,
*ante,* p. 1037;

No. 77–5652.   REITER v. CITY OF KEENE ET AL., *ante,* p.
1019; and

No. 77–5761.   HOLSEY v. GREIF ET AL., *ante,* p. 1038.   Peti-
tions for rehearing denied.

No. 76–6623.   JOHNSTON ET AL. v. UNITED STATES, 431
U. S. 942, and *ante,* p. 882.   Motion for leave to file second
petition for rehearing denied.

No. 77–428.   MOODY v. PAYNE, COMMISSIONER OF INSUR-
ANCE, *ante,* p. 996;

No. 77–430.   OGLETREE ET AL. v. UNITED STATES, *ante,* p.
985;

No. 77–5533.   KURZ ET UX. v. MICHIGAN ET AL., *ante,* p.
972;

No. 77–5605.   BRAUDRICK v. ESTELLE, CORRECTIONS DI-
RECTOR, *ante,* p. 987; and

No. 77–5622.   STOCKING v. MARSH ET AL., *ante,* p. 999.
Petitions for rehearing denied.   MR. JUSTICE BLACKMUN
took no part in the consideration or decision of these petitions.